# ERIC F. ROSS

Tel: 973-762-3834   Fax: 973-763-1183

206 Crestwood Drive • South Orange, New Jersey 07078

8-14-10

To: Pedro Bermann

Dear Pedro,

Enclosed is a copy of the proposed 'Revocable Trust' handed to me a few day ago for my consideration. After a quick review, I got red in my eyes ! There is no way that I will agree to many of the provisions.

The most absurd part is the health section. I would rather be dead.

As far as the initial Trustee position is concerned, my friend Tom Durkin was already apprised of the fact that I would desire to have Pedro Bermann as co-Trustee and for back-up also my friend Leon Cooperman.

I am not enthusiastic with Liz as the following Trustee – nor Herb Britton – for reasons relating to the Lore Trust, and information provided.

All listed recipients of my cheritable bequests – or a part of same – are off kilter and I am working on the finish af the new and more complete list.

I really like to reply on you and thank you for your assistance. I am under unbelievable pressure of time and have a feeling of being handycapped.

Thank you for your advice and I look forward to hearing from you.

Yours,

Eric

Regards to Barbara!

BERMANN-00017

EXHIBIT "B"