

PR # 18

COMPOSITE EXHIBIT "D"

Dear Charities –

I am sending you this urgent email because I am extremely upset and disturbed by what I believe has been Arnstein & Lehr, particularly Franklin Zemel's, gross incompetence and greed in handling the litigation and other matters in my Dad's estate. And for Doug Kniskern's self-dealing in appointing his firm and Franklin to handle this probate litigation. All of you are aware of the incredible emotional agony I am going through with my own family on behalf of each of you. I am motivated by doing what my Dad's wishes were and to protect his and my Mom's legacy.

The reasons why I want Franklin removed as litigation counsel immediately are as follows:

- If Franklin were not Doug's law partner, he would NEVER have been retained to handle this litigation and this SCARES me beyond comprehension. Would you hire an orthopedic surgeon to perform open-heart surgery? I don't think so, then why would you hire an attorney to handle a matter in an area he has no experience in?;

- Franklin is not a probate litigator, attached is his firm profile;

- The associate assisting Franklin, Natalie Guerra-Valdes', firm profile attached, also has no probate litigation experience;

- The attorney representing my sister, brother-in-law and the kids, Peter Forman, is a seasoned probate litigator, that is all he and his firm do;

- It is clear to me that Franklin and Doug are not working in the best interest of the estate but for their own pockets;

- From what I have reviewed, and my personal counsel have reviewed, Franklin is handling the litigation in a dismal fashion and he clearly is being "out-lawyered" by Peter Forman;

- Doug should have retained competent seasoned probate counsel to handle this litigation. He should NEVER EVER have chosen Franklin;

- Litigation counsel must be changed immediately;

- It disgusts me that my Dad's legacy is being wasted and desecrated by Doug and Franklin.

- The consequences to me personally and to you financially are way too high for the risks that are being taken in having Franklin "cut his teeth" on this litigation.

I have also expressed to some of you, other issues that I have regarding Doug and Franklin's handling of the estate administration, which we can address at a later date. It is urgent that as many as possible be on the 2:00 P.M. conference call today with Jesse Diner, Esq. to review the

PR # 18

potential of removing Franklin as litigation counsel and coming up with a list of seasoned probate litigators who can take over this case and handle it effectively.

Words cannot possibly express how upset I am and how dire the situation is to me.



E-mail to Charities
Pete Ross <Pete@Ross-USA.com>                                      Date: 24/03/11 15:02

Hi Liz & Herb,

Here is a draft of my revised draft that I want to e-mail.

Pete

Dear Charities –

I am sending you this urgent email because I am extremely upset and disturbed by what I believe has been Arnstein & Lehr, particularly Franklin Zemel's, gross incompetence and greed in handling the litigation and other matters in my Dad's estate. I am very upset about Doug Kaiskern's self-dealing in appointing his firm and Franklin to handle this probate litigation. All of you are aware of the incredible emotional agony I am going through with my own family on behalf of each of you. I am motivated by doing what my Dad's wishes were and to protect his and my Mom's legacy.

The reasons why I want Franklin removed as litigation counsel immediately are as follows:

- If Franklin were not Doug's law partner, he would NEVER have been retained to handle this litigation and this SCARES me beyond comprehension. Would you hire an orthopedic surgeon to perform open-heart surgery? I don't think so, then why would you hire an attorney to handle a matter in an area he has no experience in?

- Franklin is not a probate litigator, attached is his firm profile.

E-mail to Charities
Pete Ross <Pete@Ross-USA.com>

* 25/03/11 17:15   Pete Ross <pete@ross-us...   To   Liz Durkin <ldurkin@durkin,...   Subject   Fwd: Change in investment advisor

E-mail to Charities
Pete Ross <Pete@Ross-USA.com>                                    Date: 24/03/11 15:02

area he has no experience in?

- Franklin is not a probate litigator, attached is his firm profile.

- The associate assisting Franklin, Natalie Guerra-Valdes', firm profile attached, also has no probate litigation experience;

- The attorney representing my sister, brother-in-law and the kids, Peter Forman, is a seasoned probate litigator, that is all he and his firm do;

- It is clear to me that Franklin and Doug are not working in the best interest of the estate but for their own pockets;

- From what I have reviewed, and my personal counsel have reviewed, Franklin is handling the litigation in a dismal fashion and he clearly is being "out-lawyered" by Peter Forman;

- Doug should have retained competent seasoned probate counsel to handle this litigation. He should NEVER EVER have chosen Franklin;

- Litigation counsel must be changed immediately;

- It disgusts me that my Dad's legacy is being wasted and desecrated by Doug and Franklin.

- The consequences to me personally and to you financially are way too high for the risks that are being taken in having Franklin "cut his teeth" on this litigation.

I have also expressed to some of you, other issues that I have regarding Doug and Franklin's handling of the estate administration, which we can address at a later date. It is urgent that as many as possible be on the 2:00 P.M. conference call today with Jesse Diner, Esq. to review the potential of removing Franklin as litigation counsel and coming up with a list of seasoned probate litigators who can take over this case and handle it effectively.

Franklin's incompetence is causing this litigation to be prolonged. Prolonging this litigation is only exacerbating the relationship that I have had with my family. I have supported you through this whole ugly process and now I ask that you request that Franklin be removed from litigating Dad's estate.

Words cannot possibly express how upset I am and how dire the situation is to me.

**Liz Durkin**

| | |
|---|---|
| From: | Pete Ross [PETE@ROSS-USA.COM] |
| Sent: | Thursday, March 24, 2011 12:18 PM |
| To: | David Mebane; Frederick Siegmund; Hoda Blau; Doran Krakow; Marc Kramer; Jordan Tannenbaum; Jim Schwartz |
| Cc: | Liz Durkin; Herb Britton; Jesse Diner |
| Subject: | Concerns About Franklin Zemel - Arnstein & Lehr |
| Attachments: | Franklin Zemel Profile.pdf; ATT11127689.htm; Natalie Valdes Profile.pdf; ATT11127690.htm |

Dear Charities –

I am sending you this urgent email because I am extremely upset and disturbed by what I believe has been Arnstein & Lehr, particularly Franklin Zemel's, gross incompetence and greed in handling the litigation and other matters in my Dad's estate. I am very upset about Doug Kniskern's self-dealing in appointing his firm and Franklin to handle this probate litigation. All of you are aware of the incredible emotional agony I am going through with my own family on behalf of each of you. I am motivated by doing what my Dad's wishes were and to protect his and my Mom's legacy.

I know that the Durkins and Herb Britton had NOTHING to do with the selection of Franklin as litigation counsel. They were never consulted and were intentionally kept out of discussions that they should have been included in regarding the litigation and the estate administration. I know that they are as upset and frustrated as I am over what Doug has permitted to occur over the last 6 months.

The reasons why I feel that Franklin should be removed as litigation counsel immediately are as follows:

- If Franklin were not Doug's law partner, he would NEVER have been retained to handle this litigation and this SCARES me beyond comprehension. Would you hire an orthopedic surgeon to perform open-heart surgery? I don't think so, then why would you hire an attorney to handle a matter in an area he has no experience in?

- Franklin is not a probate litigator, attached is his firm profile.

- The associate assisting Franklin, Natalie Guerra-Valdes', firm profile attached, also has no probate litigation experience;

- The attorney representing my sister, brother-in-law and the kids, Peter Forman, is a seasoned probate litigator, that is all he and his firm do;

- It is clear to me that Franklin and Doug are not working in the best interest of the estate but for their own pockets;

- From what I have reviewed, and my personal counsel have reviewed, Franklin is handling the litigation in a dismal fashion and he clearly is being "out-lawyered" by

11/16/2011

PR # 14

B&D-00247

Peter Forman;

- Doug should have retained competent seasoned probate counsel to handle this litigation. He should NEVER EVER have chosen Franklin;

- Litigation counsel must be changed immediately;

- It disgusts me that my Dad's legacy is being wasted and desecrated by Doug and Franklin.

- The consequences to me personally and to you financially are way too high for the risks that are being taken in having Franklin "cut his teeth" on this litigation.

I have also expressed to some of you, other issues that I have regarding Doug and Franklin's handling of the estate administration, which we can address at a later date. It is urgent that as many as possible be on the 2:00 P.M. conference call today with Jesse Diner, Esq. to review the potential of removing Franklin as litigation counsel and coming up with a list of seasoned probate litigators who can take over this case and handle it effectively.

Franklin's incompetence is causing this litigation to be prolonged. Prolonging this litigation is only exacerbating the relationship that I have had with my family. I have supported you through this whole ugly process and now I ask that you request that Fanklin be removed from litigating Dad's estate.

Words cannot possibly express how upset I am and how dire the situation is to me.

Warmest Regards,

Pete

Pete Ross
Pete@Ross-USA.com

++1-202-607-0000 (USA)
++66-89-000-0004 (Thailand)
++855-16-500-000 (Cambodia)

B

11/16/2011

PR # 14

B&D-00248

| | |
|---|---|
| From: | Pete Ross [Pete@Ross-USA.com] |
| Sent: | Friday, March 25, 2011 2:49 PM |
| To: | Ronald Cuffe; Jordan Tannenbaum; Jim Schwartz; Marc Kramer; Doran Krakow; Frederick Siegmund; Blau, Hoda; Mebane, David |
| Cc: | Liz Durkin; Herb Britton; Jesse Diner |
| Subject: | Follow-up to Conference Call |

Dear Charities –

Thank you so much for your time yesterday. I am sending you a follow-up e-mail explaining some of the issues that I have regarding Doug and Franklin's handling of the litigation and administration of my Dad's estate.

- As I discussed yesterday, my greatest concern is that Franklin is being "out-lawyered" by Peter Forman because Franklin has no experience in this area.

- Franklin told me early on that he was going to file a Motion because he felt that Peter Forman had a conflict of interest representing both the grandchildren and Barbara and Pedro, and it is my understanding that this Motion was never filed.

- Pedro's deposition ended because Franklin said he was going to be filing a Motion because Pedro/Peter Forman were invoking "attorney-client privilege" and frustrating the deposition when no attorney-client privilege appeared to exist. Almost two months have elapsed and no motion has been filed against Pedro compelling him to provide information.

- My understanding is that the burden of proof is on Peter Forman to prove that a codicil existed. I have discussed this with Franklin because I do not understand why Franklin seems to want to prove their case and spend all this time and your money. Why is the estate doing Forman's job? I think the reason is because Forman is sitting back and playing with Franklin;

- Any time I had any conversations with Doug he starts them off with, "Franklin says..." It is clear that Franklin is controlling the administration of my Dad's estate, and Franklin is not a probate attorney.

- The specifics should have been paid months ago and I have asked Doug and Franklin time after time why this has not occurred. They have not provided me with an answer and most recently Doug told me, "Franklin says we need to get a court Order... When I have pressed Doug, he has confirmed that no such order is required, so why would the estate be spending money getting such an order and why would the estate want to give Peter Forman any reason to object? Furthermore, there have never been objections to payments to the specifics.

- Once the specifics have been paid, there would be no need for them to receive the mounds of paper that they currently are receiving on the litigation, which costs money.

- I was under the understanding in November from Doug that each residuary was going to receive a significant partial distribution provided each residuary had executed a Refunding Agreement and Doug had received Court approval. Doug told me that he didn't think the Judge would object

because each residuary was financially solid and if each residuary provided the Court with confirmation of their financial worthiness and with a Refunding Agreement. Why hasn't this been done?

Shortly after Dad died, Durkin & Durkin and Herb Britton requested that there be semi-weekly updates via conference calls between the Personal Representative and the Charities updating the status of the lawsuits, strategy, and distribution of the funds. Why has Arnstein & Lehr NOT kept the Charities informed of the law suits, strategy, and current disposition of my Dad's assets?

Sincerely yours,

Pete


Pete Ross
Pete@Ross-USA.com

++1-202-607-0000 (USA)
++66-89-000-0004 (Thailand)
++855-16-500-000 (Cambodia)