# DURKIN & DURKIN, LLP

Attorneys at Law
1120 Bloomfield Avenue
West Caldwell, New Jersey 07007-9452
Phone: 973-244-9969   Fax: 973-244-9955
Federal I.D. #22-2888210

Estate of Eric F. Ross
Arnstein & Lehr, LLP                                                      August 23, 2011
200 East Las Olas Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301

|  |  |
|---|---|
| File #: | 563-22 |
| Inv #: | 50651 |

**Attention:**   Douglas Kniskern, Personal Representative

---

**RE:**     Eric F. Ross - Estate Administration

*Professional Services Rendered:*

| DATE | | DESCRIPTION | HOURS |
|------|---|-------------|-------|
| 09/08/10 | TED | Review estate file. Review with EMD. Multiple calls with P. Ross and H. Britton, CPA regarding Estate of EFR. Telecons with D. Kniskern, Esq. regarding estate administration in Florida. | 8.00 |
|  | EMD | Review EFR estate planning documents. Dictate Durkin to D. Kniskern, Esq. forwarding original Will of E. Ross. Multiple emails to and from S. Callahan. Telecons with P. Ross regarding hospital bill, burial, etc. Multiple telecons with H. Britton, CPA. Telecons with H. Blau of St. Barnabas. Telecons with D. Kniskern, Esq. regarding Florida probate. Telecon with Rabbi Kulwin. Conference with TED, Jr. Emails to and from P. Ross. Emails to and from D. Kniskern, Esq. regarding Will and other estate administration issues. Emails to and from R. Janowski regarding EFR. | 9.00 |
| 09/09/10 | TED | Meeting with EMD and H. Britton, CPA regarding EFR estate administration and other matters. Telecons with P. Ross regarding funeral preparation, estate administration, etc. Review file. | 5.75 |
|  | EMD | Receipt and review emails from S. Callahan with Petitions of Administration and Consent and Waivers. Attend to completion and signatures. Meeting with H. Britton, CPA and | 10.75 |

PR-004810

Invoice #:  50651
File #:  563-22

Page    2
August 23, 2011

|  |  | TED, Jr. to review Estate Administration and appoint D. Kniskern, Esq. personal representative of the Estate in Florida. Forward executed Petition and Waivers. Emails to and from D. Kniskern, Esq. regarding asset list, probate documents, etc. Emails to and from Abbot Melvin. Emails to and from J. Wilder of Arnstein & Lehr. Telecons with D. Kniskern, Esq. Telephone conference with D. Kniskern, Esq., TED, Jr. and H.Britton, CPA regarding Florida law. Receipt and review documents for Probate from D. Kniskern, Esq. Telecon with Father Boniface of St. Benedict's regarding executing Petition. Fax Consent and Waiver of Notice to Father Boniface. Receipt and review executed Consent from St. Benedict's. Multiple telecons with P. Ross. |  |
|---|---|---|---|
| 09/10/10 | TED | Numerous telephone calls to certain beneficiaries regarding death of EFR and administration of estate. Telecons with P. Ross regarding burial, and other estate matters. Telecons with H. Britton, CPA. Conference with EMD regarding status of probate. Conference with EMD and D. Kniskern, Esq. regarding Florida probate. File review. | 7.50 |
|  | EMD | Receipt and review executed Consent and Waiver from H. Blau of St. Barnabas. Forward Waiver to D. Kniskern, Esq. Telecons with H. Blau of St. Barnabas. Telecons with H. Britton, CPA regarding required Petitions. Telecons with D. Kniskern, Esq. and TED, Jr. regarding affidavits, probate documents, etc. Prepare H. Britton, CPA's Affidavit. Emails to and from D. Kniskern, Esq. Emails to and from S. Callahan. | 9.50 |
| 09/11/10 | TED | Meeting with EMD and H. Britton, CPA to review status of Petitions and administration. Telecon with P. Ross. regarding EFR's remains and other estate issues. Telecons with Father Edwin. Telecons with Rabbi Kulwin and other beneficiaries. Review file. | 5.75 |
|  | EMD | Meeting with H. Britton, CPA and TED, Jr. Telecons with P. Ross. Emails to and from D. | 4.50 |

PR-004811

Invoice #:  50651
File #:  563-22

Page       3
August 23, 2011

|          |      | Kniskern, Esq. regarding status of Petitions for appointment. | |
|----------|------|---------------------------------------------------------------|--------|
| 09/12/10 | TED  | Meeting with EMD and H. Britton, CPA regarding residuary beneficiaries, status of Petitions. Conference call with P. Ross. regarding EFR's Estate. Calls to beneficiaries regarding Petitions, etc. | 5.25 |
|          | EMD  | Meeting with H. Britton, CPA and TED, Jr. Telecons with P. Ross. Emails to and from P. Ross. Review file. | 4.50 |
| 09/13/10 | TED  | Meeting with P. Ross, H. Britton, CPA and EMD to review status and Petitions. Calls with certain beneficiaries regarding Probate. | 5.75 |
|          | EMD  | Conference with TED, Jr. Meeting with P. Ross, H. Britton, CPA and TED, Jr. Emails to and from S. Callahan regarding executed Consents. Email to S. Callahan forwarding executed Consent of P. Ross. Telecons with D. Kniskern, Esq. Telecon with J. Raynor of SSDS. Telecons with Rabbi Cliff Kulwin. Multiple telecons with P. Ross in Zurich regarding estate administration and Death Certificate, etc. Telecons with L. Goldman of NJPAC regarding Consent and Waivers. Emails to and from D. Kniskern, Esq. regarding benficiary forms and consents. | 8.50 |
| 09/14/10 | TED  | Meeting with EMD to review file. Telecons with H. Britton, CPA. Telecons with P. Ross. Telecons with certain beneficiaries. | 5.50 |
|          | EMD  | Emails to and from S. Callahan regarding executed Consents and Florida Condo Association. Emails to and from S. Callahan regarding Letters of Administration, pledges, etc. Multiple telecons with H. Britton, CPA. Telecon with H. Blau of St. Barnabas. Telecons with S. Bernarde of JCC. Multiple telecons with D. Kniskern, Esq. Telecons with J. Raynor of SSDS. Meeting with TED, Jr. Emails to and from P. Ross. Meeting with P. Ross regarding Death Certificate, appointment of D. Kniskern, Esq. and meeting with D. Kniskern, Esq. Emails to and from J. Klein of JCC. Emails to and from D. Kniskern, Esq. | 11.75 |

PR-004812

Invoice #:  50651                                                    Page      4

File #:  563-22                                                   August 23, 2011

| | | | |
|---|---|---|---|
| 09/15/10 | TED | Meeting with EMD regarding status of estate administration and probate in Florida. Conference with H. Britton, CPA regarding financial matters, etc. Multiple calls to certain beneficiaries regarding EFR's Estate. Telecons with P. Ross. Review file. | 6.00 |
| | EMD | Review file. Telecons with D. Kniskern, Esq. regarding estate account and administration issue. Emails to and from S. Callahan regarding EIN. Emails to and from H. Britton, CPA forwarding D. Kniskern, Esq.'s SSN for EIN. Telecons with J. Raynor of SSDS. Telecon with L. Drill regarding EFR's West Orange office. Emails to and from A. Mauser of Norton Museum. Emails to and from M. Wasch of JCC West Palm Beach. Telecons with P. Ross. Telecons with H. Britton, CPA regarding financial matters and insurance. Multiple emails to and from D. Kniskern, Esq. regarding GST, pledges, etc. Emails to and from J. Klein of Palm Beach Federation. Emails to and from H. Britton, CPA. Meeting with TED, Jr. Emails to and from P. Ross. Telecons with P. Ross regarding estate. | 9.75 |
| 09/16/10 | TED | Meeting with EMD and H. Britton, CPA to discuss estate administration. Telecons with certain beneficiaries regarding EFR's estate. | 6.75 |
| | EMD | Telecons with H. Britton, CPA regarding securing financial documents. Receipt and review Notices of Administration from S. Callahan. Receipt and review estate EIN. Dictate Durkin memo to all beneficiaries forwarding Notice of Administration, Will, Waivers of Service and list of beneficiaries. Emails to and from L. Rosenfield of Rutgers Hillel. Emails to and from S. Bernarde of JCC. Telecon with L. Rosenfield of Rutgers Hillel. Emails to all EFR's grandsons. Emails to and from P. Ross. Telecon with P. Ross. Prepare list of organizations. Telecon with D. Kniskern, Esq. regarding condo. Receipt and review email from S. Marsh of Weichert. Meeting with H. Britton, CPA and TED, Jr. Meeting at EFR's home with H. Britton, CPA to secure personal and financial documents. | 11.75 |

Invoice #:  50651
File #:  563-22

Page     5
August 23, 2011

|          |     | Emails to and from D. Kniskern, Esq. Emails to and from S. Ross. | |
|----------|-----|------------------------------------------------------------------|-------|
| 09/17/10 | TED | Review EFR files from home with EMD and H. Britton, CPA. | 5.75 |
|          | EMD | File review. Begin review of collected EFR files with TED, Jr. and H. Britton, CPA. Receipt and review Notices of Administration and Waivers of Service to all beneficiaries. Dictate Durkin to all beneficiaries forwarding Waivers. Email charities with regard to Memorial. Telecons with H. Britton, CPA. Telecons with D. Kniskern, Esq. Telecons with D. Ross. Telecons with M. Ross. Telecons with S. Ross. Emails to and from P. Ross. Emails to and from D. Kniskern, Esq. Emails to and from S. Callahan. | 11.50 |
| 09/18/10 | TED | Continue review of EFR's files. | 1.75 |
|          | EMD | Telecons with P. Ross regarding estate administration issues. Telecons with H. Britton, CPA regarding financial documents. Continue review of EFR's files. | 5.75 |
| 09/20/10 | TED | Conference with EMD and H. Britton, CPA regarding review of EFR's documents. Continue review of same. | 6.25 |
|          | EMD | Meeting with H. Britton, CPA in EFR's South Orange house to continue removal of personal files and records. Conference with TED, Jr and H. Britton, CPA regarding review of EFR's documents. Receipt and review filed Caveat from Palm Beach County Surrogate. Emails to and from P. Hansen of NJPAC regarding Memorial Service. Emails to and from J. Raynor of SSDS regarding Memorial Service. Email copy of Will to J. Raynor. Telecon with J. Raynor. Telecon with M. Ross regarding bequest. Emails to and from S. Callahan. Emails to and from P. Ross regarding estate administration issues. Emails to and from D. Kniskern, Esq. Emails to and from K. Donnelly regarding listing with Sloan. Telecons with H. Britton, CPA. Telecons with P. Ross. | 11.50 |

PR-004814

Invoice #:  50651                                              Page      6
File #:  563-22                                              August 23, 2011

| | | | |
|---|---|---|---|
| 09/21/10 | TED | Meeting with H. Britton, CPA and EMD in EFR's South Orange home to complete removal of EFR's personal and financial documents. | 5.75 |
| | EMD | Meeting with H. Britton, CPA and TED, Jr. in EFR's South Orange home to complete removal of EFR's personal and financial documents. Receipt and review Caveat filed by P. Bermann. Telecons with P. Ross. Telecons with locksmith regarding changing locks in South Orange home. Emails to and from R. Janowski regarding Memorial and South Orange home. Emails to and from P. Ross regarding appraisals. Telecon with J. Raynor of SSDS. Emails to and from D. Kniskern, Esq. regarding Caveat, meetings, etc. Telecons with D. Kniskern, Esq. Emails to and from K. Nye regarding appraising personal property at South Orange home. Emails to and from O. Warmflash of Jewish Museum. Emails to and from S. Callahan. Emails to and from G. Hellman. Emails to and from S. Eigenberg of USHM. Telecon with G. Hellman. Telecon with J. Tannenbaum of USHM. Telecons with H. Blau of St. Barnabas. Emails to and from K. Donelly regarding Palm Beach property. | 12.00 |
| 09/22/10 | TED | Meeting with EMD and RAD to review estate administration issues. Review file. Telecons with H. Britton, CPA. Telecons with other beneficiaries regarding estate. | 6.50 |
| | EMD | Continue review of EFR files. Prepare for meeting with D. Kniskern, Esq. Receipt and review executed Waiver of Service of Notice of Administration from St. Benedict's and United Jewish Community Metrowest. Prepare Accounting Worksheet. Emails to and from P. Ross regarding appraisal. Emails to and from S. Callahan. Emails to and from D. Kniskern, Esq. regarding charities. Telecons with D. Kniskern, Esq. Telecons with H. Britton, CPA. Emails to and from O. Warmflash of Jewish Museum. Meeting with RAD and TED, Jr. to review estate administration file. | 11.50 |
| | RD | Meeting with EMD and TED, Jr. to review | 4.25 |

PR-004815

Invoice #: 50651
File #: 563-22

Page        7
August 23, 2011

|  |  |  |  |
|---|---|---|---|
|  |  | estate administration file. Review file regarding GST. |  |
| 09/23/10 | TED | Meetings with D. Kniskern, Esq., EMD, H. Britton, CPA and RAD in office reviewing file. Conference with P. Ross. | 8.00 |
|  | EMD | Attend meeting with residuary beneficiaries to review estate. Dictate Durkin to Social Security Administration regarding status of death benefits. Dictate Durkin to Banks requesting date of death balances and instructions to close accounts. Dictate Durkin to credit card companies requesting accounts be closed. Telecons with H. Britton, CPA. Telecons with S. Eigenborn of USHM. Prepare for meeting. Prepare and review all of E. Ross' folders for bills, charities, etc. Dictate Memo to all Residuary Beneficiaries. Meeting with TED, Jr. and and RAD. Meeting with D. Kniskern, Esq., TED, Jr., H. Britton, CPA and RAD. Emails to and from P. Ross. Emails to and from S. Callahan. Meeting with D. Krakow and F. Siegmund of Ben Gurion University in office. Meeting with H. Blau of St. Barnabas in office. Numerous emails to and from P. Ross. Receipt and review correspondence from PICTET. | 12.00 |
|  | RD | Meeting with D. Kniskern, Esq., EMD, H. Britton, CPA and TED, Jr. regarding estate administration. File review. | 6.00 |
| 09/24/10 | TED | Meetings with D. Kniskern, Esq., EMD, H. Britton, CPA in office to review file. Conference with P. Ross. | 8.00 |
|  | EMD | Fax to Paychex to establish new payroll account. Dictate Durkin to banks requesting date of death balances. Meeting with D. Kniskern, Esq., TED, Jr. and H. Britton, CPA.  Meeting with S. Eigenberg of USHM. Meeting with H. Britton, CPA. Telecon with H. Britton, CPA. Telecon with L. Drill regarding West Orange office. Meeting with TED, Jr. Conference call with P. Ross. Emails to and from K. Nye regarding appraisal. Emails to and from P. Ross. Continue review of EFR's files. | 12.00 |

PR-004816

Invoice #:  50651
File #:  563-22

Page      8
August 23, 2011

| | | | |
|---|---|---|---|
| 09/25/10 | TED | Meeting with EMD regarding status of Estate and Waivers, etc. Telecon with other beneficiaries regarding estate administration, etc. Continue review of EFR's boxes of personal documents. | 8.25 |
| | EMD | File review. Meeting with TED, Jr. Telecons with H. Britton, CPA. Telecons with P. Ross regarding estate administration. Continue review of EFR's personal files. | 8.75 |
| 09/26/10 | EMD | Telecons with H. Britton, CPA. Telecons with P. Ross. Emails to and from P. Ross. | 1.00 |
| 09/27/10 | TED | Telecon with EMD and H. Britton, CPA regarding EFR's accounts, etc. Telecons with other beneficiaries regarding estate issues. Continue review of EFR's personal files. | 6.00 |
| | EMD | Conference call with J. Raynor, M. Kramer, Esq. and C. Boyett, Esq. regarding SSDS. Emails to and from L. DeRogatis of Sovereign Bank. Emails to and from Rabbi Kulwin. Telecons with H. Britton, CPA. Telecons with TED, Jr. Conference call with P. Ross and R. Ross. Emails to and from J. Raynor. Emails to and from D. Kniskern, Esq. Emails to and from M. Kramer. Emails to and from M. Ross. Emails to and from P. Ross. Emails to and from B. Milchman of JCC. | 11.75 |
| 09/28/10 | TED | Review file. Meeting with EMD, H. Britton, CPA and RAD regarding status. Continue review of EFR's personal files. | 6.50 |
| | EMD | Continue review of EFR's personal files with H. Britton, CPA and TED, Jr. Receipt and review executed Waiver of Service from NJ YMHA-YWH. Receipt and review email from L. Rosenfield of Rutgers Hillel regarding Memorial. Receipt and review email from D. Henderson of SSDS regarding same. Receipt and review email from B. Maran of St. John's Soup Kitchen regarding Memorial. Dictate Durkin to L. Drill of Municipal Square Associates regarding terminating lease for West Orange office. Telecons with H. Britton, CPA. Telecon with L. Rosenfield of Rutgers Hillel. | 12.00 |

PR-004817

Invoice #:  50651
File #:  563-22

Page     9
August 23, 2011

|  |  |  |  |
|---|---|---|---|
|  |  | Telecons with TED, Jr. Telecons with P. Ross. Telecons with D. Kniskern, Esq. Emails to and from K. Nye regarding appraisal for personal property. Meeting with TED, Jr., H. Britton, CPA and RAD. Emails to and from F. Siegmund, Esq. of Ben Gurion. Emails to and from R. Ross. Emails to and from D. Kniskern, Esq. regarding inventory, etc. |  |
|  | RD | Continue review of file. Meeting with TED, Jr., H. Britton, CPA and EMD regarding status, etc. | 4.25 |
| 09/29/10 | TED | Telecons with EMD. Telecon with certain beneficiaries. Telecons with H. Britton, CPA. Telecons with P. Ross. | 3.25 |
|  | EMD | Receipt and review Waiver from Solomon Schechter. Emails to and from H. Blau of St. Barnabas. Update List of Beneficiaries. Email to charities regarding reminder of Memorial Service. Emails to and from K. Nye regarding appraisal. Meeting with H. Britton, CPA to continue review and organization of EFR's files. Telecons with P. Ross. Telecons with TED, Jr. Emails to and from P. Ross. Telecon with D. Kniskern, Esq. | 8.50 |
| 09/30/10 | EMD | Emails to and from L. DeRogatis of Sovereign Bank regarding estate checking account. Emails to and from G. Ellmer of Drew University regarding Memorial Service. Receipt and review Waivers from St. John's Church, Rutgers Hillel and Southern Poverty Law Center. Email to S. Eigenberg of USHM regarding Waivers. Telecons with D. Kniskern, Esq. Telecons with P. Ross. Telecons with H. Britton, CPA. Review EFR's files and financial documents. Emails to and from D. Kniskern, Esq. Meeting with Gayane. Emails to and from H. Britton, CPA. Emails to and from P. Ross. | 8.25 |
| 10/01/10 | TED | Conference with EMD regarding status. Continue review of EFR's personal files. | 5.00 |
|  | EMD | Emails to and from G. Ellmer of Drew University regarding Memorial Service. Emails to and from H. Blau of St. Barnabas. Review | 12.00 |

Invoice #:  50651
File #:  563-22

Page    10
August 23, 2011

and revise inventory. Telecons with P. Ross. Telecons with H. Britton, CPA. Emails to and from P. Ross. Emails to and from K. Nye. Emails to and from H. Britton, CPA regarding appraisals. Conference with TED, Jr. Receipt and review emails from P. Ross. Continue review and organizing files.

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 10/02/10 | TED | Conference with EMD. Telecons with P. Ross. Telecons with H. Britton, CPA. | 1.75 |
| | EMD | Emails to and from P. Ross. Conference with TED, Jr. Telecon with H. Britton, CPA. Telecons with P. Ross regarding administration. | 4.00 |
| 10/03/10 | EMD | Telecon with H. Britton, CPA. Telecons with P. Ross. | 0.50 |
| 10/04/10 | TED | Review EFR's file with EMD and H. Britton, CPA. Telecons with P. Ross. | 8.25 |
| | EMD | Dictate Durkin to D. Kniskern, Esq. forwarding executed Waivers of Service of Notice of Administration. Telecons with H. Britton, CPA. Telecons with D. Kniskern, Esq. Telecon with L. DeRogatis of Sovereign. Emails to and from P. Ross. Emails to and from D. Kniskern, Esq. Emails to and from Rabbi Kulwin and P. Ross regarding Memorial Service. Emails to and from A. Halpern regarding Memorial. Emails to and from S. Callahan. Meeting with H. Britton, CPA to continue review of EFR's personal files. Organize same, etc. Meeting with TED, Jr. and H. Britton, CPA regarding status of estate administration. Teleconference with H. Britton, CPA and D. Kniskern, Esq. to review. | 10.00 |
| 10/05/10 | TED | Continue reviewing boxes of EFR's personal documents. Conference with EMD. Telecon with H. Britton, CPA. | 5.50 |
| | EMD | Telecon with B. Milchman of Jewish Community of Metrowest regarding annuities. Receipt and review correspondence from Sovereign Bank regarding bank account. Emails to and from Miguel at Sovereign Bank regarding status of Death Certificates. Telecon with N. Myerberg, Esq. Emails to and from P. Ross. | 11.25 |

PR-004819

Invoice #:  50651
File #:  563-22

Page    11
August 23, 2011

|  |  | Emails to and from Rabbi Kulwin. Emails to and from D. Kniskern, Esq. Emails to and from K. Nye regarding appraisal. Emails to and from H. Britton, CPA. Telecons with D. Kniskern, Esq. Telecons with H. Britton, CPA. Telecon with L. DeRogatis of Sovereign Bank. Emails to and from S. Eigenberg of USHM regarding Waiver of Notice. |  |
|---|---|---|---|
| 10/06/10 | EMD | Emails to and from S. Callahan regarding Waivers, etc. Telecon with H. Britton, CPA. Receipt and review NYE Appraisal Application. Emails to and from S. Eigenberg of USHM. Receipt and review executed Waiver from S. Eigenberg. Emails to and from D. Kniskern, Esq. Emails to and from K. Nye. Emails to and from P. Ross. Telecons with D. Kniskern, Esq. Telecons with P. Ross. Telecons with S. Callahan. Emails to and from S. Callahan and D. Kniskern, Esq. regarding Palm Beach property. | 9.75 |
| 10/07/10 | TED | Meeting with EMD and H. Britton, CPA in EFR's West Orange office to complete review of EFR's personal files. Telecons with P. Ross regarding status. | 6.50 |
|  | EMD | Meeting with H. Britton, CPA and TED, Jr. at EFR's West Orange office to assemble all personal documents. Review EFR's files from office with H. Britton, CPA. Conference with P. Ross. Telecons with D. Kniskern, Esq. Emails to and from P. Ross. Emails to and from Rabbi Kulwin. Emails to and from D. Kniskern, Esq. Telecons with H. Britton, CPA. Conferences with D. Kniskern, Esq. and H. Britton, CPA regarding office. Telecons with M. Blumenthal regarding assistance with obtaining EFR documents from Germany. | 11.75 |
| 10/08/10 | TED | Meeting with H. Britton, CPA and EMD in EFR's office in West Orange to review EFR's files. | 6.00 |
|  | EMD | Email to Robyn at Smith Barney forwarding a copy of Mr. Ross' Death Certificate. Receipt and review original Waiver from USHM. Meeting with H. Britton, CPA and TED, Jr. at EFR's | 12.00 |

PR-004820

Invoice #: 50651
File #: 563-22

Page 12
August 23, 2011

|   |   |   |   |
|---|---|---|---|
| | | office in West Orange to continue closing and reviewing all personal and financial documents. Emails to and from D. Kniskern, Esq. Telecons with L. DeRogatis of Sovereign Bank. Multiple telecons with P. Ross regarding Memorial and other estate issues. Telecons with H. Britton, CPA. Emails to and from S. Callahan. Receipt and review correspondence from Southern Poverty Law Center. Dictate Durkin to K. Nye of NYE Appraisals regarding appraisal for South Orange property. | |
| 10/09/10 | TED | Meeting in office with D. Kniskern, Esq. and EMD. | 4.25 |
| | EMD | Meeting with TED, Jr. and D. Kniskern, Esq. in office to review EFR's personal and financial files. Emails to and from P. Ross regarding Memorial Service and other issues, payments for repast, etc. Numerous telecons with P. Ross regarding Memorial Service, etc. | 9.00 |
| 10/10/10 | TED | Meeting with EMD, H. Britton, CPA and D. Kniskern, Esq. in office. | 5.25 |
| | EMD | Meeting with TED, Jr., H. Britton, CPA and D. Kniskern, Esq. in office. Draft Accounting Worksheet. Review EFR's outstanding third party invoices. Prepare list of EFR's debts and obligations. Emails to and from A. Halpern regarding catering for repast and payments of same. Telecons with P. Ross regarding Bermann's in South Orange house and other issues. Telecons with H. Britton, CPA regarding securing South Orange house. | 9.00 |
| 10/11/10 | TED | Meetings with D. Kniskern, Esq., EMD and H. Britton, CPA regarding estate matters. | 6.75 |
| | EMD | Meeting in office with D. Kniskern, Esq., TED, Jr., and H. Britton, CPA to continue review of EFR's files and estate matters. Dictate Durkin to additional Banks forwarding Death Certificate, Letters of Administration and requesting date of death balances. Email to S. Callahan requesting additional Letters of Administration. Telecons with A. Halpern regarding catering invoices. | 11.50 |

PR-004821

Invoice #:  50651
File #:  563-22

Page     13
August 23, 2011

Telecons with P. Ross. Emails to and from P.
Ross regarding ashes, Memorial Services, etc.
Emails to and from S. Callahan regarding title to
automobiles. Emails to and from A. Halpern
regarding catering invoices. Telecons with P.
Ross. Telecons with H. Britton, CPA. Receipt
and review homeowner's insurance for South
Orange property. Receipt and review title policy
and Deed for South Orange property.

| Date | | | | |
|---|---|---|---|---|
| 10/12/10 | TED | Continue review of EFR's personal files with EMD. | | 4.75 |
| | EMD | Telecon with Miguel at Sovereign Bank regarding Death Certificate, Affidavit of Domicile. Receipt and review correspondence from Bank of America. Dictate Durkin to Bank of America. Receipt and review Certified Letters of Administration from S. Callahan. Telecons with P. Ross. Emails to and from D. Kniskern, Esq. regarding beneficiaries, equities, Memorial Service, etc. Emails to and from R. Ross. Emails to and from P. Ross regarding Gayane, locksmith, etc.  Telecons with H. Britton, CPA. Emails to and from H. Britton, CPA. Emails to and from P. Ross regarding Gayane. Continue review of EFR's files with TED, Jr. | | 9.75 |
| 10/13/10 | TED | Review file boxes from EFR's office. Telecons with H. Britton, CPA. Conference with EMD to review. | | 6.25 |
| | EMD | Emails to and from S. Callahan regarding status of original Death Certificate and appraisal. Telecons with H. Britton, CPA. Telecons with D. Kniskern, Esq. Telecons with P. Ross. Conference with TED, Jr. Revise List of Waivers. Telecon with Rabbi Gray of Boys Town. Emails to and from Rabbi Gray with Waiver. Meeting with H. Britton, CPA. Emails to and from S. Callahan regarding Waivers. Review file. Forward title to Jaguar to S. Callahan. Emails to and from P. Ross. Emails to and from M. Ross. Emails to and from D. Kniskern, Esq. Receipt and review Waiver from Congregation Shalom. | | 11.75 |

PR-004822

Invoice #:  50651
File #:  563-22

Page    14
August 23, 2011

| 10/14/10 | TED | Meeting with EMD and H. Britton, CPA in EFR's West Orange office to continue review of personal files. | 6.50 |
|---|---|---|---|
| | EMD | Meeting with H. Britton, CPA and TED, Jr. in EFR's West Orange office to continue review of files and closing of office. Prepare Affidavit regarding EFR. Email to K. Donnelly for execution. Emails to and from P. Ross. Conference call with D. Kniskern, Esq. Telecons with P. Ross. Telecons with P. Ross. Emails to and from J. Ross. Emails to and from S. Callahan with copy of Jaguar title. Emails to and from D. Kniskern, Esq. regarding Jaguar, etc. | 10.50 |
| 10/15/10 | TED | Meeting with EMD and H. Britton, CPA in EFR's West Orange office to continue review of EFR's personal files and closing the office. | 6.50 |
| | EMD | Meeting with TED, Jr. and H. Britton, CPA in EFR's West Orange office to continue review of EFR's personal files and closing the office. Telecon with K. Donnelly regarding status of signed Affidavit. Receipt and review same from K. Donnelly. Receipt and review executed Waivers from Beth Israel and Boys Town. Dictate Durkin to M. Gister forwarding documents requested to obtain Death Certificates. Emails to and from S. Callahan regarding Jaguar and Letters of Administration. Receipt and review Waivers from Beth Israel and Boys Town. Update list. Telecons with P. Ross. Telecon with K. Riordan. Telecon with Rabbi Kulwin. Meeting with P. Ross. Telecon with L. Drill. Emails to and from H. Britton, CPA. Telecons with H. Britton, CPA. Emails to and from D. Kniskern, Esq. Emails to and from P. Ross. Emails to and from M. Zueri in Zurich regarding documents. | 10.50 |
| 10/16/10 | TED | Meeting with EMD and H. Britton, CPA in EFR's West Orange office to complete review and closing of office. | 5.75 |
| | EMD | Meeting with TED, Jr. and H. Britton, CPA in EFR's West Orange office to continue review of EFR's financial and personal files to close office | 6.50 |

|  |  | accordingly. Telecon with D. Kniskern, Esq. regarding status. |  |
|---|---|---|---|
| 10/17/10 | TED | Meeting with EMD and H. Britton, CPA in EFR's West Orange office to complete review of files to close office. | 4.50 |
|  | EMD | Telecon with H. Britton, CPA regarding meeting. Telecon with D. Kniskern, Esq. Meeting with TED, Jr. and H. Britton, CPA. in EFR's West Orange office to continue review all of EFR's personal and financial documents. Emails to and from D. Kniskern, Esq. regarding equities. Emails to and from H. Britton, CPA. Emails to and from K. Donnelly regarding Affidavit. | 8.00 |
| 10/18/10 | TED | Review file and continue review of EFR's personal files. Review file with EMD and RAD. | 2.00 |
|  | EMD | Receipt and review executed Waiver from Hebrew Immigrant Society. Dictate Durkin to S. Callahan forwarding same. Receipt and review executed Waiver from Hebrew Immigrant Aid Society. Revise list of beneficiaries. Telecon with Rabbi Kulwin. Telecon with N. Myerberg, Esq. Telecons with H. Britton, CPA. Emails to and from M. Zueri of Zurich. Multiple emails to and from D. Kniskern, Esq. regarding Ross investments, charities, etc. Emails to and from H. Britton, CPA. Review file and continue review of EFR's personal files. Review file with TED, Jr. and RAD. | 9.75 |
|  | RD | Review file and continue review of EFR's personal files. Review file with EMD and TED, Jr. | 2.00 |
| 10/19/10 | TED | File review. Continue review of EFR's personal files. | 5.75 |
|  | EMD | File review and prepare for meetings in Florida. Telecons with K. Riordan at Vanguard regarding status of documents to open estate checking account. Emails to and from S. Callahan regarding appraisals, etc. Telecon with D. Kniskern, Esq. Telecons with H. Britton, CPA. Telecon with M. Blumenthal regarding assistance with obtaining EFR's personal | 10.00 |

Invoice #:  50651
File #:  563-22

Page     16
August 23, 2011

|  |  | documents from Germany. Telecon with G. Korf, Esq. regarding pledge for Berlin Museum. Emails to and from G. Korf, Esq. Emails to and from M. Zucher of PICTEC regarding Death Certificates. Emails to and from H. Gehrig regarding Death Certificates. Meeting with P. Ross and H. Britton, CPA in Florida. Emails to and from P. Ross. |  |
| 10/20/10 | EMD | Review and remove EFR's personal documents from Palm Beach Condo with H. Britton, CPA. Receipt and review correspondence from JP Morgan with date of death balances. Email to residuary beneficiaries confirming conference call. Review file. Meeting with D. Kniskern, Esq. and H. Britton, CPA regarding probate and estate issues in West Palm Beach. Conference call with residuary beneficiaries. Telecon with L. Drill regarding termination of EFR's lease for West Orange office.  Meeting at EFR's apartment with D. Kniskern, Esq. and H. Britton, CPA to review contents. Emails to and from H. Blau of St. Barnabas regarding conference call. | 11.25 |
| 10/21/10 | TED | Continue review of EFR's personal files. | 4.25 |
|  | EMD | Receipt and review copies of executed Vanguard estate checking account forms from S. Callahan. Dictate Durkin to all solicitors advising of EFR's passing and requesting to remove his name from mailing list. Meeting with D. Kniskern, Esq. and H. Britton, CPA in West Palm Beach. Review decedent's financial affairs. Review file. Emails to and from H. Gehrig of PICTET regarding EFR's documents. Receipt and review Waiver of Notice signed by P. Ross from S. Callahan. | 12.00 |
| 10/22/10 | TED | Review file boxes of EFR's office. Conference with EMD regarding status of administration. | 6.25 |
|  | EMD | File review. Dictate Durkin to S. Callahan forwarding estate checks from D. Kniskern, Esq.'s approval. Telecon with K. Riordan of Vanguard regarding status of executed estate checking account documents. Emails to and from S. Callahan regarding estate account. | 9.25 |

PR-004825

Invoice #:  50651
File #:  563-22

Page    17
August 23, 2011

|  |  | Conference with TED, Jr. Emails to and from P. Ross regarding Death Certificates, etc. Emails to and from H. Britton, CPA regarding JP Morgan and Sovereign Bank Account. Emails to and from D. Kniskern, Esq. Telecons with D. Kniskern, Esq. Telecons with P. Ross regarding financial documents. Telecons with H. Britton, CPA. |  |
|---|---|---|---|
| 10/23/10 | EMD | Emails to and from P. Ross regarding personal property. Meeting with H. Britton, CPA in office. Telecons with P. Ross. Continue reviewing EFR's files from office. | 8.00 |
| 10/24/10 | EMD | Emails to and from P. Ross regarding items at EFR's home and Gayane. | 1.25 |
| 10/25/10 | TED | Continue to review EFR's documents from his office. Telecon with H. Britton, CPA. Conference with EMD regarding status. Continue review of EFR's personal files. | 6.75 |
|  | EMD | Telecons with H. Britton, CPA. Telecons with D. Kniskern, Esq. Telecons with P. Ross. Conference with TED, Jr. Revise List of Waivers. Telecon with Rabbi Gray. Email to Rabbi Gray with Waiver. Meeting with H. Britton, CPA. Emails to and from S. Callahan regarding waivers. Review file. Emails to and from P. Ross regarding wish list. Emails to and from M. Ross. Emails to and from D. Kniskern, Esq. regarding Vanguard, Palm Beach apartment. Dictate Durkin to Verizon, AT&T, Comcast and Federal Express requesting service to be discontinued. Receipt and review correspondence from BNY Mellon regarding instructions to close account. Dictate Durkin to M. Gisler, Zurich forwarding original Affidavit of K. Donnelly and original Death Certificate of L. Ross. Receipt and review appraisal for Palm Beach property from Meachum & Associates. Dictate Durkin to S. Callahan forwarding estate check for D. Kniskern, Esq.'s approval. Telecon with P. Ross regarding Death Certificates, etc. Telecons with H. Britton, CPA. Conference call with D. Kniskern, Esq. and H. Britton, CPA regarding P. Ross' email. | 14.00 |

PR-004826

Invoice #:   50651
File #:   563-22

Page     18
August 23, 2011

| | | | |
|---|---|---|---|
| 10/26/10 | EMD | Telecons with P. Ross. Telecons with J. Gortz, Esq. regarding NJPAC pledges. Telecon with L. Goldman of NJPAC. Telecons with H. Britton, CPA. Emails to and from H. Britton, CPA. Dictate Durkin to Bank of America forwarding Death Certificate and research verification fee. Receipt and review additional Certified Letters of Administration from S. Callahan. Telecons with P. Ross regarding estate administration issues. Emails to and from D. Kniskern, Esq. regarding benificiaries and equities. Emails to and from R. Ross. Emails to and from P. Ross. Telecons with H. Britton, CPA regarding financial accounting for estate. | 12.00 |
| 10/27/10 | TED | Conference with EMD and H. Britton, CPA to review status of estate issues. Telecons with P. Ross. Continue reviewing boxes of EFR's personal documents. | 6.25 |
| | EMD | Meeting with H. Britton, CPA and TED, Jr. in office to continue. Review of EFR's invoices. File review. Emails to and from G. Ellmer of Drew University regarding Memorial Service. Emails to and from H. Blau of St. Barnabas. Telecons with P. Ross. Telecons with H. Britton, CPA. Emails to and from P. Ross. Emails to and from K. Nye regarding appraisal of personal property. Emails to and from H. Britton, CPA regarding appraisals. Conference with TED, Jr. Telecon with Clara, Congregation Ahovas Shalom regarding status of executed Waiver. Telecon with B. Milchman of Jewish Community of Metrowest regarding CRAT. Telecon with Rabbi Gray regarding Waiver. Emails to and from D. Kniskern, Esq. regarding EFR's debts and obligations, office files. Emails to and from B. Milchman of JCC MetroWest. Continue review of EFR's files from office in West Orange with H. Britton, CPA. | 10.75 |
| 10/28/10 | TED | Review EFR's office files with EMD and H. Britton, CPA. Conference with EMD regarding status. | 5.25 |
| | EMD | Receipt and review copy of EFR's Birth Certificate from M. Blumenthal. Telecon with | 9.50 |

PR-004827

Invoice #: 50651
File #: 563-22

Page 19
August 23, 2011

|  |  | Clara at Congregation Ahavas Sholom regarding execution of Notice of Waiver. Conference with TED, Jr. regarding EFR's files. Continue reviewing EFR's financial records with TED, Jr. and H. Britton, CPA. Revise Accounting Worksheet. Telecon with M. Blumenthal regarding EFR's Birth Certificate. Telecon with P. Ross regarding Death Certificate. Telecon with H. Britton, CPA. Emails to and from P. Ross. |  |
|---|---|---|---|
| 10/29/10 | TED | Continue to review boxes of EFR's personal files. Conference with EMD and H. Britton, CPA. | 3.00 |
|  | EMD | Telecons with P. Ross. Telecons with H. Britton, CPA. Emails to and from P. Ross. Emails to and from K. Nye regarding appraisals for personal property in South Orange. Emails to and from H. Britton, CPA regarding appraisals. Conference with TED, Jr to review EFR's files. Telecon with M. Blumenthal. Emails to and from S. Callahan with Waiver from Congregation Ahavas Shalom. Receipt and review email from J. Wilder of Arnstein & Lehr. | 11.75 |
| 10/30/10 | EMD | Emails to and from P. Ross regarding grandchildren's emails. Telecons with P. Ross. Telecons with H. Britton, CPA. | 2.25 |
| 10/31/10 | EMD | Emails to and from P. Ross regarding Gayane. Telecons with P. Ross regarding termination of Gayane and sons. Telecons with H. Britton, CPA. | 1.25 |
| 11/01/10 | TED | Continue reviewing file boxes of EFR's personal files with EMD. Telecons with H. Britton, CPA regarding same. | 5.50 |
|  | EMD | Telecons with H. Britton, CPA. Continue review of EFR's files with TED, Jr. Receipt and review correspondence from Bank of America with date of death balance. Email same to H. Britton, CPA. Telecons with P. Ross. Dictate Durkin to additional solicitors requesting EFR's name to be removed from mailing list. Telecons with M. Blumenthal regarding EFR's Death Certificate. Emails to and from P. Ross. Telecon with Jamie | 10.00 |

PR-004828

Invoice #:  50651
File #:  563-22

Page    20
August 23, 2011

|  |  |  |  |
|---|---|---|---|
|  |  | from Appraisal Systems regarding status of appraisal of real property in South Orange. Email to A. Gortz, Esq. forwarding copy of certified mail receipts from NJPAC. Telecon with A. Gortz, Esq. Emails to and from J. Tannenbaum of USHM. Emails to and from D. Kniskern, Esq. regarding GST Petition. |  |
| 11/02/10 | TED | Telecons with EMD and H. Britton, CPA regarding EFR's financial and charitable records. Review files. Telecons with P. Ross. | 2.75 |
|  | EMD | Receipt and review certified Birth Certificates from M. Blumenthal. Dictate Durkin to Chase requesting DOD balances. Receipt and review email from S. Callahan with correspondence to Court filing Waivers. Telecons with D. Kniskern, Esq. Telecons with TED, Jr. Telecons with P. Ross. Telecons with S. Marsh of Weichert Realtors regarding South Orange home. Conference call with P. Ross and H. Britton, CPA. Conference call with P. Ross and D. Kniskern, Esq. Emails to and from S. Marsh. Emails to and from D. Kniskern, Esq. regarding GST Petition. Receipt and review draft Petition from D. Kniskern, Esq. regarding GST. | 9.75 |
| 11/03/10 | EMD | Emails to and from S. Callahan with copy of Proof of Service of Notice of Administration. Telecons with H. Blau of St. Barnabas. Telecons with H. Britton, CPA regarding EFR's exemption. Telecons with P. Ross. Telecons with D. Kniskern, Esq. Telecons with S. Marsh of Weichert Realtors. Emails to and from H. Britton, CPA with GST Petition. Review file. | 8.50 |
| 11/04/10 | EMD | Receipt and review account statement from Sovereign Bank. Revise Accounting Worksheet accordingly. Receipt and review final invoice from Municipal Square Associates for West Orange office. Telecons with H. Britton, CPA. Telecons with P. Ross. Telecons with M. Blumenthal regarding EFR's Birth Certificate. Review file and organize EFR's records. | 7.25 |
| 11/05/10 | EMD | Telecons with P. Ross. Telecons with H. Britton, CPA. Telecons with D. Kniskern, Esq. Emails to | 6.00 |

PR-004829

Invoice #:  50651
File #:  563-22

Page     21
August 23, 2011

| | | and from D. Kniskern, Esq. regarding Petition. Emails to and from S. Callahan regarding same. Emails to and from P. Ross. Emails to and from S. Daniels, Esq. Review file and organize EFR's records. | |
| --- | --- | --- | --- |
| 11/06/10 | EMD | Telecons with P. Ross. Emails to and from P. Ross regarding GST issue. Telecon with H. Britton, CPA. | 1.50 |
| 11/07/10 | TED | Conference with EMD. | 1.25 |
| | EMD | Multiple telecons with P. Ross. Telecons with H. Britton, CPA. Conference with TED, Jr. Prepare for meeting in Florida. | 3.75 |
| 11/08/10 | EMD | Meetings with H. Britton, CPA and D. Kniskern, Esq. in Palm Beach. Emails to and from R. Ross regarding reimbursement for his expenses. Email to M. Zurcher from Zurich forwarding copy of EFR's Birth Certificate. Receipt and review correspondence from JP Morgan with DOD balances. Dictate Durkin to additional solicitors requesting name removal from mailing list. Emails to and from S. Callahan with grandchildren's addresses and emails. Emails to and from P. Ross regarding GST. | 9.50 |
| 11/09/10 | EMD | Telecon with K. Riordan at Vanguard to obtain wire instructions. Email same to D. Kniskern, Esq. Receipt and review Notice of Appearance from P. Forman, Esq. Receipt and review Statement of Claim from S. Callahan for American Express invoice. Emails to and from M. Zurcher in Zurich regarding status of Death Certificates. Meeting with D. Kniskern, Esq. and H. Britton, CPA in West Palm Beach office of Arnstein & Lehr. Emails to and from B. Milchman of JCC MetroWest regarding overpayment of CRAT. Emails to and from P. Ross regarding reimbursement of his expenses. Emails to and from H. Grinwald of Ben Gurion. Telecon with Jamie at Appraisal Systems regarding status of South Orange appraisal. Emails to and from P. Ross regarding GST petition. Telecon with S. Ross and P. Ross. Emails to and from S. Callahan regarding | 12.00 |

Invoice #:  50651
File #:  563-22

Page     22
August 23, 2011

|  |  |  |  |
|---|---|---|---|
|  |  | AABGUS' 501(c)(3). Emails to and from D. Krakow regarding severance agreement regarding Gayane. Telecon with S. Eigenberg of USHM regarding Gayane's severance. Telecons with H. Blau of St. Barnabas regarding Gayane's severance. Conference call with all residuary beneficiaries, D. Kniskern, Esq. and H. Britton, CPA. |  |
| 11/10/10 | TED | Review file with EMD and H. Britton, CPA regarding status of administration. | 1.00 |
|  | EMD | Receipt and review appraisal from Appraisal Systems for South Orange property. Email same to D. Kniskern, Esq. Emails to and from D. Ross regarding reimbursement for expenses to attend Memorial Service. Receipt and review emails from S. Callahan regarding copies of letters to the Court, copy of letter to Condo Association and Amex. Emails to and from D. Kniskern, Esq. Telecon with J. Schwarz of Smith Barney. Emails to and from M. Zurcher in Zurich regarding Death Certificates for EFR. Telecons with P. Ross. Review file with TED, Jr. and H. Britton, CPA. | 7.25 |
| 11/11/10 | EMD | File review. Prepare excel spreadsheet for Vanguard checking account. Dictate Durkin to L. Drill forwarding payment of final invoice for West Orange office. Telecons with H. Britton, CPA. Telecons with P. Ross regarding GST and reimbursement. Telecons with D. Kniskern, Esq. Emails to and from B. Milchman of JCC Metrowest regarding CRAT overpayment. Emails to and from P. Ross regarding invoices from hospital in Switzerland. Emails to and from D. Kniskern, Esq. regarding B. Bermann's email. Emails to and from J. Wilder of Arstein & Lehr. Emails to and from H. Britton, CPA regarding CRAT overpayment, grandchildren's reimbursement for memorial expenses and Death Certificates, etc. | 10.75 |
| 11/12/10 | TED | Review file. Conference with EMD to review estate administration issues. Telecons with P. Ross and H. Britton, CPA. | 4.25 |

PR-004831

Invoice #: 50651
File #: 563-22

Page      23
August 23, 2011

|  |  |  |  |
|---|---|---|---|
|  | EMD | Telecon with S. Eigenberg of USHM. Telecon with J. Raynor of SSDS to schedule conference call. Emails to and from S. Callahan regarding Formal Notice of Petition to Grandchildren. Forward same to P. Ross and H. Britton, CPA for review. Telecon with P. Ross. Telecon with H. Britton, CPA. Telecon with D. Kniskern, Esq. Email to all residuary beneficiaries to schedule conference call. Receipt and review copies of transmittal letters regarding partial interim distributions from S. Callahan. Emails to and from S. Callahan regarding Death Certificates. Dictate Durkin to all residuary beneficiaries forwarding copies of Petition and Consents for execution. File review. Emails to and from D. Kniskern, Esq. regarding conference call and documents. Conference with TED, Jr. | 11.25 |
| 11/13/10 | TED | Meeting with EMD. Conference call with P. Ross and H. Britton, CPA regarding grandchildren's Petition. Review file. | 5.75 |
|  | EMD | Review Petitions. Emails to and from D. Kniskern, Esq. regarding Bermann, et al Petitions. Emails to and from P. Ross regarding Death Certificates. Review file with TED, Jr. Prepare for meeting with D. Kniskern, Esq. and H. Britton, CPA. Telecons with P. Ross. | 7.50 |
| 11/14/10 | EMD | Review Petitions. Emails to and from P. Ross regarding EFR's Death Certificate. Telecons with P. Ross. Telecon with H. Britton, CPA. Receipt and review emails from D. Kniskern, Esq. and F. Zemel, Esq. File review. Prepare for meeting with D. Kniskern, Esq. and H. Britton, CPA. | 8.75 |
| 11/15/10 | TED | File review. Meeting with EMD, H. Britton, CPA and D. Kniskern, Esq. in office to review Petitions and pending litigation. | 7.25 |
|  | EMD | Email to P. Ross forwarding copy of Petition regarding GST. Meeting with branch managers at Sovereign Bank and Bank of America to access safe deposit boxes. Conference call with S. Eigenberg and G. Hellman of USHM. Meeting with TED, Jr. and H. Britton, CPA in office. Attend to safe deposit opening in Bank of America in Maplewood and Sovereign Bank in | 10.50 |

PR-004832

Invoice #: 50651
File #: 563-22

Page    24
August 23, 2011

West Orange with D. Kniskern, Esq. and H. Britton, CPA. Emails to and from S. Callahan regarding stock transfer. Emails to and from L. DeRogatis of Sovereign Bank regarding safe deposit box.

| | | | |
|---|---|---|---|
| 11/16/10 | TED | File review. Conference with EMD, H. Britton, CPA and D. Kniskern, Esq. in office to review Bermann and grandchildren's Petition. | 6.25 |
| | EMD | Meeting with TED, Jr., D. Kniskern, Esq. and H. Britton, CPA in office. Telecon with Lorraine at NYE & Company regarding status of appraisal for personal property. Receipt and review executed Refunding Agreement from USHM. Email to S. Callahan forwarding same. Emails to and from S. Callahan regarding contact information for Merrill Lynch. Emails to and from H. Britton, CPA regarding finances for residuaries. Multiple emails with S. Callahan. Multiple emails with H. Grinwald. Emails to and from P. Ross regarding Death Certificates. Multiple conferences with the four residuary beneficiaries regarding estate issues. Emails to and from C. Boyett, Esq. Receipt and review Refunding Agreement from St. Barnabas. Emails to and from J. Raynor of SSDS with copy of Memo. Telecons with H. Blau of St. Barnabas. Telecons with F. Siegmund, Esq. Telecons with C. Boyett, Esq. Emails to and from D. Kniskern, Esq. and S. Callahan regarding agreements for partial distributions. Emails to and from H. Blau. Receipt and review Form 990 from most of the residuary beneficiaries. | 11.25 |
| 11/17/10 | TED | Telecon with EMD regarding distribution. | 1.50 |
| | EMD | Receipt and review executed Partial Distribution and Refunding Agreement from Ben Gurion. Email same to S. Callahan. Email to F. Siegmund, Esq. regarding original Partial Distribution. Email to J. Malaga of SSDS. Telecons with H. Britton, CPA. Telecons with P. Ross. Telecons with H. Blau of St. Barnabas regarding Death Certificate. Telecon with D. Kniskern, Esq. Multiple emails to and from S. Callahan and D. Kniskern, Esq. regarding Partial | 9.25 |

Invoice #:  50651
File #:  563-22

Page    25
August 23, 2011

|  |  | Distribution Agreements. Emails to and from H. Blau of St. Barnabas. Receipt and review Form 990 for St. Barnabas. Forward same to D. Kniskern, Esq. and H. Britton, CPA. Emails to and from P. Ross regarding Death Certificate. Receipt and review emails from J. Mazzeo of Merrill Lynch regarding account. Telecons with P. Ross. Telecons with H. Britton, CPA. Telecon with TED, Jr. regarding distribution. |  |
|---|---|---|---|
| 11/18/10 | EMD | Email to J. Raynor of SSDS forwarding beneficiary contact list and requesting executed Refunding Agreement. Receipt and review same from J. Raynor. Receipt and review executed Waiver from Temple B'Nai Abraham. Email to S. Callahan forwarding Waiver and Refunding Agreement. Dictate Durkin to S. Callahan forwarding originals of same. Dictate Durkin to S. Ross, R. Ross, D. Ross, M. Ross and J. Ross forwarding check for reimbursement for attending Memorial Service. Telecon with B. Ferris, Esq. regarding Petitions. Telecon with F. Siegmund, Esq. Telecons with H. Britton, CPA. Telecons with D. Kniskern, Esq. Telecon with J. Malaga of SSDS. Emails to and from H. Britton, CPA regarding Residuaries. Review emails from S. Callahan to J. Mazzeo regarding Partial Distributions to residuaries. Emails to and from P. Ross regarding Death Certificate. File review. | 9.75 |
| 11/19/10 | EMD | Receipt and review personal property appraisal from NYE & Company. Dictate Durkin to S. Callahan forwarding Letters of Administration. Telecons with H. Britton, CPA. Telecons with D. Kniskern, Esq. Telecons with F. Siegmund, Esq. Receipt and review emails from S. Callahan. Emails to and from D. Kniskern, Esq. regarding conference with residuary's counsel. Emails to and from H. Gehrig of Switzerland regarding assisting in obtaining Death Certificate. File review. Telecons with P. Ross. | 6.50 |
| 11/21/10 | TED | Review file with EMD. Conference call with EMD and D. Kniskern, Esq. regarding Petitions, etc. | 3.50 |
|  | EMD | Emails to and from D. Kniskern, Esq. regarding | 9.25 |

PR-004834

Invoice #:  50651

Page     26

File #: 563-22

August 23, 2011

|  |  |  |  |
|---|---|---|---|
|  |  | P. Ross and children. Conference call with TED, Jr. and D. Kniskern, Esq. Prepare for meeting with D. Kniskern, Esq., et al. Multiple telecons with P. Ross. Multiple telecons with H. Britton, CPA. |  |
| 11/22/10 | EMD | Prepare list of Ross Children and grandchildren. Revise attorney information list for residuary beneficiaries. Receipt and review Notice of Appearance from G. Alonso, Esq. Receipt and review Notice of Service, Notice of Production, Request for Inventory, etc. from J. Pressly, Esq. Meeting with D. Kniskern, Esq., F. Zemel, Esq. H. Britton, CPA and J. Pressly, Esq. et al in Ft. Lauderdale. Emails to and from D. Kniskern, Esq. Emails to and from S. Callahan regarding estate account. Emails to and from G. Alonso, Esq. Emails to and from S. Callahan regarding estate account. Emails to and from P. Ross regarding reimbursements for Memorial Service. Telecon with S. Marsh of Weichert Realtor. Emails to and from J. Raynor and J. Malaga of SSDS regarding loan. Emails to and from R. Cuffe, Esq. of USHM. | 12.00 |
| 11/23/10 | TED | File review.Review status of Petitions and estate matters with EMD and H. Britton, CPA. | 4.25 |
|  | EMD | Revise inventory. Email to S. Callahan forwarding same. Email to S. Callahan forwarding phone numbers for EFR. Telecon with H. Blau of St. Barnabas. Telecons with H. Britton, CPA. Telecons with D. Kniskern, Esq. Telecons with P. Ross. Emails to and from D. Kniskern, Esq. regarding CRAT, etc. Emails to and from S. Callahan regarding Death Certificate. Telecons with D. Kniskern, Esq. Telecon with P. Ross. Emails to and from F. Zemel, Esq. Conference with TED, Jr. and H. Britton, CPA regarding status. | 7.25 |
| 11/24/10 | EMD | Review file. Telecons with H. Britton, CPA. Telecon with D. Kniskern, Esq. Telecon with S. Callahan. Emails to and from S. Callahan regarding contact list. Emails to and from P. Ross regarding Death Certificates. Emails to and from D. Kniskern, Esq. regarding GST Petition, | 5.50 |

PR-004835

Invoice #:  50651
File #:  563-22

Page     27
August 23, 2011

Death Certificates, etc. Emails to and from M.
Kramer, Esq. regarding distribution. Receipt and
review emails from G. Alonso, Esq. Receipt and
review emails from R. Cuffe, Esq. regarding
contact list. Receipt and review emails from R.
Ferris, Esq.

| | | | |
|---|---|---|---|
| 11/26/10 | TED | Telecon with EMD. | 0.75 |
| | EMD | Telecons with P. Ross regarding Petitions. Telecons with H. Britton, CPA. Telecon with TED, Jr. | 1.75 |
| 11/27/10 | EMD | Telecons with P. Ross. Telecons with H. Britton, CPA. | 0.75 |
| 11/28/10 | EMD | Telecon with H. Britton, CPA. | 0.50 |
| 11/29/10 | EMD | Receipt and review original Death Certificates from Zurich. Emails to and from Miguel at Sovereign Bank regarding estate checking account. Receipt and review revised attorney service list from S. Callahan. Telecons with P. Ross regarding Death Certificates. Dictate Durkin to S. Callahan forwarding Death Certificates. Telecon with P. Ross. Review file. Telecons with H. Britton, CPA. | 4.50 |
| 11/30/10 | EMD | Emails to P. Ross forwarding copy of Death Certificate. Telecons with D. Kniskern, Esq. Telecons with H. Britton, CPA. Review file to prepare for conference call. | 1.50 |
| 12/01/10 | TED | Review matter with EMD to prepare for conference call. Conference call with EMD, D. Kniskern, Esq. and F. Zemel, Esq. to review filed Petitions. | 4.50 |
| | EMD | Emails to and from S. Callahan. Receipt and review emails from S. Callahan with copy of correspondence from P. Forman, Esq. and copy of Arnstein & Lehr's transmittal letter to the Clerk's office forwarding Waiver of Service. Receipt and review copy of correspondence from Arnstein & Lehr requesting withdrawal of interest to Omega. Telecons with H. Britton, CPA regarding Omega. Receipt and review S. | 8.50 |

PR-004836

Invoice #: 50651
File #: 563-22

Page 28
August 23, 2011

|  |  | Callahan's email regarding Notice of Appearance for St. Barnabas. Conference call with TED, Jr., D. Kniskern, Esq. and F. Zemel, Esq. Telecon with TED, Jr. Review estate administration in NJ with RAD. |  |
|---|---|---|---|
|  | RD | Review file and estate administration with EMD. | 2.00 |
| 12/02/10 | EMD | Receipt and review invoice (J. Canelo) from Paula at Sloan's Curve. Email same to S. Callahan. Revise Sovereign Bank accounting and email same to S. Callahan. Organize file. Receipt and review Sovereign Bank account statement. Receipt and review Bank of America statement. Email same to S. Callahan. Telecon with H. Britton, CPA. Telecons with P. Ross. Telecon with S. Marsh of Weichert Realtors. Meeting with S. Marsh at South Orange house. Multiple emails to and from V. Gambino of Omega regarding redemption request. Telecons with D. Kniskern, Esq. Review file with H. Britton, CPA. Receipt and review F. Zemel, Esq.'s correspondence to P. Forman, Esq. Assemble documents for F. Zemel, Esq. | 9.00 |
| 12/03/10 | EMD | File review. Prepare Ancillary Probate documents. Telecons with H. Britton, CPA. Emails to and from D. Kniskern, Esq. Dictate Durkin to Essex County Surrogate forwarding Ancillary Probate request. Emails to and from F. Zemel, Esq. Emails to and from S. Callahan regarding request. Complete assemble of estate planning documents. | 7.25 |
| 12/04/10 | EMD | Telecons with P. Ross. Telecons with H. Britton, CPA. | 1.00 |
| 12/06/10 | EMD | File review. Dictate Durkin to S. Callahan forwarding titles to vehicles, Sovereign Bank checkbook and invoices to be paid. Telecon with P. Ross regarding Petitions. Telecons with H. Britton, CPA. Telecons with S. Callahan. Telecons with P. Ross regarding Death Certificates. Emails to and from H. Britton, CPA regarding CRATs. Emails to and from S. Marsh of Weichert Realtors regarding changing locks. | 8.00 |

PR-004837

|          |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                       |      |
|----------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|          |     | Telecon with M. Jung of Reiner Insurance. Emails to and from M. Jung of Reiner Insurance. Emails to and from D. Kniskern, Esq. regarding homeowner's insurance regarding homeowner's for South Orange property. Multiple emails to and from S. Callahan regarding outstanding EFR invoices to be paid. Emails to and from P. Ross regarding Sloan's Curve. |      |
| 12/07/10 | EMD | File review. Organize Sovereign Accounting. Emails to and from Brie at Sloan's Curve requesting invoice for J. Canela. Emails to and from S. Callahan regarding CRAT payments to JCC Metrowest, Sovereign accounting. Telecons with P. Ross regarding GST Petition, etc. Telecons with H. Britton, CPA regarding CRAT. Emails to and from D. Kniskern, Esq. regarding estate documents, Petition, etc. Emails to and from B. Milchman of JCC Metrowest regarding reimbursement to CRAT. Emails to and from S. Callahan regarding EFR invoices and payments to be made. Emails to and from H. Britton, CPA regarding JCC Metrowest's CRAT. | 6.50 |
| 12/08/10 | EMD | File review. Telecons with P. Ross regarding work at Sloan's Curve apartment. Emails to and from S. Callahan regarding J. Canela's invoice for work to Sloan's Curve apartment. Telecons with H. Britton, CPA. | 3.75 |
| 12/09/10 | TED | Review estate files and EFR's files with EMD, H. Britton, CPA and RAD. | 4.00 |
|          | EMD | Receipt and review revised invoice (J. Canela). Email to S. Callahan. Emails to and from S. Callahan regarding expenses outstanding at time of EFR's death. Revise Sovereign Accounting. Telecon with P. Ross. Meeting with H. Britton, CPA in office. Review file with TED, Jr., H. Britton, CPA, and RAD. Prepare document request. | 8.00 |
|          | RD  | Review estate administration file with TED, Jr., EMD and H. Britton, CPA. | 4.00 |
| 12/10/10 | EMD | Dictate Durkin to S. Callahan forwarding estate checks for deposit. Prepare list of creditors and | 2.50 |

PR-004838

Invoice #:  50651
File #:  563-22

Page    30
August 23, 2011

|  |  |  |  |
|---|---|---|---|
|  |  | email to S. Callahan for review. Telecons with H. Britton, CPA regarding creditors, pledges. Telecons with S. Marsh of Weichert Realtors regarding listing South Orange home. Emails to and from S. Marsh. Telecons with D. Kniskern, Esq. Telecons with P. Ross. |  |
| 12/11/10 | EMD | Telecons with P. Ross. Telecons with H. Britton, CPA. | 0.50 |
| 12/13/10 | TED | Meeting with EMD and H. Britton, CPA in office to review files. Telecons with P. Ross. | 5.50 |
|  | EMD | Continue review of EFR's files. Meeting with TED, Jr. and H. Britton, CPA. Dictate Durkin to D. Kniskern, Esq. Telecon with Essex County Surrogate regarding status of Ancillary Probate. Receipt and review emails from D. Baptiste of St. Benedict's regarding Notice of Petition and Subpoena. | 8.00 |
| 12/14/10 | EMD | Organize estate file. Emails to and from S. Callahan regarding outstanding debts of EFR at date of death. Receipt and review Merrill Lynch's account statement. Telecon with H. Britton, CPA. Email to S. Callahan. Telecons with D. Kniskern, Esq. | 6.25 |
| 12/15/10 | EMD | Receipt and review JP Morgan Statement. Email same to S. Callahan. Review EFR's financial documents. Revise list of debts at date of death. Email to S. Callahan. Telecons with H. Britton, CPA regarding debts, pledges, etc. | 2.75 |
| 12/16/10 | EMD | Telecons with H. Britton, CPA. Telecons with S. Callahan. Telecons with D. Kniskern, Esq. Emails to and from S. Callahan regarding estate files. Receipt and review St. Barnabas's file from J. Didier regarding St. Benedict's subpoena. Review Ross Family emails from 2009 forward to prepare for submission to D. Kniskern, Esq. | 7.75 |
| 12/17/10 | TED | Meeting with H. Britton, CPA and EMD in office to review EFR's records. | 6.75 |
|  | EMD | Meeting in office with H. Britton, CPA and TED, Jr. to review EFR's records. Organize estate administration file. Telecons with D. | 9.25 |

PR-004839

Invoice #:  50651
File #:  563-22

Page    31
August 23, 2011

---

|          |     | Kniskern, Esq. Emails to and from S. Callahan. Telecon with Essex County Surrogate regarding status of Ancillary Probate. Emails to and from D. Jean-Baptiste of St. Benedict's regarding Subpoenas. Review Ross Family emails from 2009 forward and compile same for submission to D. Kniskern, Esq. |       |
|----------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 12/20/10 | TED | Continue review of EFR's records. Review file with EMD regarding status of estate administration and Ross Family emails. | 4.25  |
|          | EMD | Continue review of Ross Family 2010 emails. Forward the Ross Family emails from 2009 to 2010 to D. Kniskern, Esq. Receipt and review litigation correspondence. Emails to and from D. Kniskern, Esq. Emails to and from F. Zemel, Esq. Emails to and from D. Kniskern, Esq. regarding Zuckerman. Emails to and from S. Callahan regarding transfer of accounts (Smith Barney, Pictet). Organize estate file. Receipt and review emails from P. Ross to S. Callahan. Review file with TED, Jr. | 10.00 |
| 12/21/10 | TED | Receipt and review Bermann's Interrogatories. Review matter with EMD. Conference call with D. Kniskern, Esq., F. Zemel, Esq. and EMD. | 4.50  |
|          | EMD | Telecon with Evelyn, Essex County Surrogate's Court regarding status of Ancillary Probate. Dictate Durkin to Evelyn forwarding an additional Death Certificate for Ancillary Probate. Emails to and from D. Kniskern, Esq. regarding B. Bermann's Interrogatories. Receipt and review B. Bermann's Interrogatories. Telecons with D. Kniskern, Esq. regarding Interrogatories. Telecons with P. Ross. Telecons with S. Callahan. Telecon with L. Rosenfeld of Rutgers Hillel. Telecons with H. Britton, CPA. Conference call with D. Kniskern, Esq., F. Zemel, Esq. and TED, Jr. | 9.25  |
| 12/22/10 | EMD | Emails to and from S. Marsh of Weichert Realtors regarding listing. Emails to and from P. Ross regarding L. Slavin. Emails to and from P. Ross regarding Interrogatories. Telecons with H. Britton, CPA. Forward B. Bermann's Interrogatories to P. Ross for review. Emails to | 4.75  |

Invoice #:  50651
File #:  563-22

Page      32

August 23, 2011

|  |  | and from S. Callahan regarding brokerage statements. Continue review of same. |  |
|---|---|---|---|
| 12/23/10 | EMD | File review. Telecon with S. Callahan regarding Merrill Lynch and PICTET statements, Sovereign account and Aberdeen account. Emails to and from S. Callahan forwarding Morgan Stanley and PICTET statements. Telecon with P. Ross. Emails to and from P. Ross regarding L. Slavin and Interrogatories. Emails to and from D. Kniskern, Esq. Emails to and from J. Schwarz of Smith Barney. Telecon with Essex County Surrogate regarding status of Ancillary Probate. Telecon with H. Britton, CPA. Emails to and from L. Rosenfield of Rutgers Hillel. Emails to and from D. Kniskern, Esq. Telecons with D. Kniskern, Esq. Emails to and from S. Marsh of Weichert Realtors regarding listing South Orange home. | 8.50 |
| 12/24/10 | EMD | Receipt and review emails from P. Ross regarding South Orange property. Telecons with D. Kniskern, Esq. Telecons with H. Britton, CPA. Emails to and from B. Milchman of JCC Metrowest regarding CRAT reimbursement. Review file. | 4.50 |
| 12/26/10 | EMD | Emails to and from P. Ross regarding South Orange home. Telecon with S. Marsh of Weichert regarding South Orange home. | 0.50 |
| 12/27/10 | EMD | Telecons with P. Ross regarding South Orange home. Telecons with H. Britton, CPA. | 0.50 |
| 12/28/10 | EMD | Telecons with P. Ross. Emails to and from B. Milchman of JCC Metrowest regarding CRAT. Receipt and review emails from P. Ross regarding South Orange home. Telecons with H. Britton, CPA regarding CRATs and year end tax issues. | 1.25 |
| 12/29/10 | TED | Meeting in office with H. Britton, CPA and EMD to review EFR's records. Organize estate file. | 4.50 |
|  | EMD | Meeting in office with H. Britton, CPA and TED, Jr. to continue review of EFR's records. Organize estate file. Emails to and from S. | 7.75 |

PR-004841

Invoice #:  50651

File #:  563-22

Page      33

August 23, 2011

| | | | |
|---|---|---|---|
| | | Callahan regarding PICTET account. Telecons with D. Kniskern, Esq. Review emails from S. Callahan to M. Zurcher of Zurich. Emails to and from M. Zurcher of Zurich. Telecons with P. Ross. Telecon with H. Britton, CPA. | |
| 12/30/10 | TED | Review status with EMD. | 1.25 |
| | EMD | Review file. Telecon with D. Kniskern, Esq. regarding litigation and Ross Family emails. Telecon with J. Pressly, Esq. Telecons with H. Britton, CPA. Review status with TED, Jr. | 3.00 |
| 12/31/10 | EMD | Telecon with J. Pressly, Esq. Telecons with H. Britton, CPA. Telecon with P. Ross regarding status of matter. | 1.00 |
| 01/02/11 | EMD | Telecons with P. Ross. Telecons with H. Britton, CPA. | 2.00 |
| 01/03/11 | TED | Review file documents. Meeting with EMD regarding status. | 2.00 |
| | EMD | Receipt and review Notice of Filing Response to First Set of Interrogatories, Notice of Service of Response to Defendant's First Request to Produce (Ben Gurion) and Notice of Service of Answers to Defendant's First Set of Interrogatories (Ben Gurion). Telecon to Essex County Surrogate regarding status of filing of Ancillary Probate. Review emails from F. Zemel, Esq. to P. Ross. Review emails from D. Kniskern, Esq. to P. Ross. Telecons with H. Britton, CPA. Telecon with D. Kniskern, Esq. regarding Maplewood safe deposit box. Receipt and review Answers to Interrogatories from B. Bermann. Emails to and from D. Kniskern, Esq. with safe deposit box entries. Review matter with TED, Jr. | 7.75 |
| 01/04/11 | EMD | Telecon with E. Rivera, Essex County Surrogate regarding status of Ancillary Probate. Telecon with J. Pressly, Esq. Telecon with K. King of Bank of America regarding safety deposit box. Review emails from P. Ross to F. Zemel, Esq. Review emails from P. Ross to D. Kniskern, Esq. Receipt and review emails from D. | 5.25 |

PR-004842